

FILED

JAN 19 2017

Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEVON HASAN MCDUFFIE,<br><br>Defendant. | Case No. CR-14-66-BLG-SPW<br><br>ORDER ALLOWING DEFENDANT TO WITHDRAW GUILTY PLEA AND RELEASE FROM CUSTODY PENDING TRIAL |

Upon the Defendant's Unopposed Motion to Withdraw Guilty Plea and For Pretrial Release (Doc. 80), and for good cause appearing,

**IT IS HEREBY ORDERED** that the defendant's guilty plea be **WITHDRAWN**;

**IT IS FURTHER ORDERED** that the defendant be released from custody pending trial. Defendant presently has a detainer out of the State of Nevada. Therefore, the Defendant shall contact the United States Probation Office in Billings, Montana within 72 hours of his release from the custody of the State of Nevada.

**FURTHER,** trial in this matter will be reset under separate Order.

The Clerk of Court is direct to notify counsel and the U.S. Marshal Service of the making of this Order.

DATED this 19th day of January, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE