# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

**FILED**

FEB 16 2017

Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JEVON HASAN MCDUFFIE,<br><br>Defendant. | CR 14-66-BLG-SPW<br><br>**ORDER DISMISSING INDICTMENT WITH PREJUDICE** |

Upon the United States' unopposed Motion to Dismiss Indictment with Prejudice Pursuant to Fed. R. Crim. P. 48(a) (Doc. 86), and for good cause shown,

IT IS HEREBY ORDERED that the indictment is **DISMISSED WITH PREJUDICE.**

DATED this 16th day of February, 2017.

_Susan P. Watters_
SUSAN P. WATTERS
United States District Court Judge